RECEIVED AND FILED
2008 JUN -6 PM 2:41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Cr 97-76-20 (DRD)

Juan Cintrón Caraballo
Num 14955-069
P.O. Box 1033
Coleman FL. 33521-1033

Respetuosamente al Clerk's Office estos documentos son para Añadir para el Caso de Crack sobre mi persona que esta frente al juez, Rafael Domiguez Gracia por su Attecion Respetuosamente Juan Citr...