RSP OF: COP COLEMAN I USP          US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        846 NE 54TH TERRACE
        COLEMAN, FL 33521
        352 689-6000
NAME: CINTRON-CARABALLO, JUAN E     REGNO: 14955-069 AGE(DOB): 41/01-25-1966

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| refuse to sign | 09-15-2007 | al-Rey |

TYPE OF PROGRESS REPORT:
INITIAL ____ SIH ____ TRIENNIAL ____ PRE-RELEASE ____ TRANSFER ____ OTHER: _____

PRESENT SECURITY/CUSTODY LEVEL:
  HIGH     /IN

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

  COUNT 2: CONSPIRACY TO DISTRIBUTE IN EXCESS OF FIVE KILOGRAMS
  OF HEROIN; IN EXCESS OF FIVE KILOGRAMS OF COCAINE; IN EXCESS
  OF FIVE KILOGRAMS OF COCAINE BASE; AND IN EXCESS OF ONE
  HUNDRED KILOGRAMS OF MARIJUANA / 21 USC 846
  LIFE                          /      5 YEARS

DATE COMPUTATION BEGAN: 03-09-2000

| DAYS FSGT/WSGT/DGCT: | | | DAYS GCT OR EGT/SGT: | MONTHS SERVED: |
|---|---|---|---|---|
| | | | | + JAIL CREDIT - INOP TIME |
| 0 | /0 | /0 | 0 | M:    90 D:  7 |
| | | | | + 1043   JC - 0       INOP |

PROJECTED RELEASE DATE: UNKNOWN     |PROJECTED RELEASE METHOD: LIFE

DETAINERS/PENDING CHARGES:
NONE ON FILE

 CO-DEFENDANTS: SEE LIST OF CO-DEFENDANTS IN PRE-SENTENCE INVESTIGATION REPORT,
NO PAROLE ACTION

------------------------- INSTITUTIONAL ADJUSTMENT --------------------------
Inmate CINTRON-CARABALLO has demonstrated a good institutional adjustment. He
has followed the Unit Team recommendations and has maintain clear conduct. He
has a good rapport with staff as well as with other inmates.

A. PROGRAM PLAN: Inmate CINTRON-CARABALLO was initially designated to USP-1
Coleman, Florida on 11-14-2001, to serve his sentence. During his first program
review at FCC Coleman-USP, Florida, the following recommendations were made: to
obtain a job in UNICOR, to enroll and participate in an Adult Continued
Education class and to participate in recreational activities. During the
twelve months in USP-1 Coleman, Fl, he has made good progress towards these
goals.

B. WORK ASSIGNMENTS: Inmate CINTRON-CARABALLO is currently assigned to the
UNICOR work detail as UOH 5. According to his supervisor, he has a positive
relationship with his co-workers and is not considered a management problem.
He has demonstrated a good attitude toward his work detail, he has demonstrated
punctuality, willingness to accept and complete work assignments and accept
direct supervision. His supervisor reports that he makes fewer mistakes than
most inmates at his level of training.

| INST | WORK ASSIGNMENT | | START DATE | STOP DATE |
|------|------|------|------|------|
| COP | UPH 5 | UNICOR - UPH 5 | 03-26-2007 | CURRENT |
| COP | UNC LAYIN | UNICOR LAYIN | 03-19-2007 | 03-26-2007 |
| COP | UPH 5 | UNICOR - UPH 5 | 02-15-2007 | 03-19-2007 |
| COP | MED QTRS | MEDICAL QTRS RESTRICTION | 02-12-2007 | 02-15-2007 |
| COP | UPH 5 | UNICOR - UPH 5 | 08-08-2006 | 02-12-2007 |
| COP | TSK1 | TASK LIGHT FACTORY | 04-18-2006 | 08-08-2006 |
| COP | VACATION | VACATION | 04-17-2006 | 04-18-2006 |
| COP | TSK1 | TASK LIGHT FACTORY | 04-11-2006 | 04-17-2006 |
| COP | VACATION | VACATION | 04-10-2006 | 04-11-2006 |
| COP | TSK1 | TASK LIGHT FACTORY | 04-10-2006 | 04-10-2006 |
| COP | VACATION | VACATION | 04-07-2006 | 04-10-2006 |
| COP | TSK1 | TASK LIGHT FACTORY | 04-04-2006 | 04-07-2006 |
| COP | VACATION | VACATION | 03-31-2006 | 04-04-2006 |
| COP | TSK1 | TASK LIGHT FACTORY | 12-27-2005 | 03-31-2006 |
| COP | VACATION | VACATION | 12-19-2005 | 12-27-2005 |
| COP | TSK1 | TASK LIGHT FACTORY | 05-27-2005 | 12-19-2005 |
| COP | UPH 10 | UNICOR - UPH 10 | 04-26-2005 | 05-27-2005 |
| COP | VACATION | VACATION | 04-25-2005 | 04-26-2005 |

C. EDUCATIONAL/VOCATIONAL PARTICIPATION: According to the PSI, information
verified by the USPO. Inmate CINTRON-CARABALLO, on 06-19-1986, obtained his
High School Diploma through the GGD program. He reported that during 1982 he
attended the Juan Ponce De Leon High School. He had dedicated his time to
taking electric equipment courses. He has participated in various Bible study
courses. He is currently enrolled in the ESL classes and is making satisfactory
progress.

--------------------------- EDUCATION INFORMATION ---------------------------
| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|------|------|------|------|------|
| COP | ESL NEED | ESL NEED-SHOULD BE/IS ENROLLED | 08-10-2000 1411 | CURRENT |
| COP | GED HAS | COMPLETED GED OR HS DIPLOMA | 08-09-2000 1510 | CURRENT |

```
---------------------------  EDUCATION COURSES  ---------------------------
SUB-FACL   DESCRIPTION                             START DATE STOP DATE  EVNT AC LV   HRS
COP        ESL CLASS                               06-12-2006 CURRENT
COP        ADV STP AEROB M/W/F 1830-1930           04-23-2007 07-11-2007   P   C   P    1
COP        ABS, SPINNING, AND AEROBIC              08-29-2006 11-08-2006   P   C   P    1
COP        ADVANCE BIKE SPIN                       12-13-2005 02-07-2006   P   C   P    3
COP        ADV STP AEROB M/W/F 1830-1930           10-12-2005 12-02-2005   P   C   P    3
COP        ADVANCE BIKE SPIN                       10-12-2005 12-02-2005   P   C   P    3
COP        ADV STP AEROB M/W/F 1830-1930           08-17-2005 10-11-2005   P   C   P    3
COP        RPP5 RELEASE REQUIREMENT CLASS          09-28-2005 09-28-2005   P   C   P    1
COP        ACE DRUM                                05-02-2005 07-01-2005   P   C   P    2
COP        ADV STP AEROB M/W/F 1830-1930           01-10-2005 04-13-2005   P   C   P    3

---------------------------  HIGH TEST SCORES  ---------------------------
TEST       SUBTEST        SCORE      TEST DATE        TEST FACL     FORM          STATE
CASAS      LIST CERT      210.0      04-29-2002       COP           B 53
           LIST LEV A     188.0      02-22-2002       COP           51
           LIST PLACE     212.0      08-29-2007       COP           A 51
           READ CERT      218.0      03-31-2006       COP           523
           READ LEV A     204.0      08-29-2007       COP           A 31
           READ LEV B     220.0      09-05-2002       COP           33
           READ LEV C     212.0      02-04-2003       COP           C-35
           READ PLACE     192.0      09-26-2000       ALP           PL
```

D. COUNSELING PROGRAMS: Inmate CINTRON-CARABALLO has not participated in any counseling program, however, he is involved in one-on-one counseling with the unit staff.

E. INCIDENT REPORTS:

NO ENTRIES EXIST IN CHRONOLOGICAL LOG FOR TIME PERIOD REQUESTED.

F. INSTITUTIONAL MOVEMENT:

NO INSTITUTIONAL MOVEMENT DURING THIS REPORTING TIME.

G. PHYSICAL AND MENTAL HEALTH: He has an assignment of CARE LEVEL CARE1 HEALTHY OR SIMPLE CHRONIC CARE, he has NO MEDICAL RESTRICTION, REGULAR DUTY and is CLEARED FOR FOOD SERVICE.

H. PROGRESS ON FINANCIAL RESPONSIBILITY PLAN: Inmate CINTRON-CARABALLO was imposed a Felony Assessment fee of $100.00 by the United States District Court, District of Puerto Rico.

```
FRP ASSIGNMENT                                      START DATE
COMPLT                FINANC RESP-COMPLETED         03-11-2002
```

I. RELEASE PREPARATION PROGRAM & RELEASE PLANS: Inmate CINTRON-CARABALLO, indicates that in light of his Life sentence he has not formulated any release plans.

```
CMA ASSIGNMENT (REL PREP)                           START DATE
RPP NEEDS             RELEASE PREP PGM NEEDS         08-20-2000
```

PRE-RELEASE PREP DATE: LIFE

RESIDENCE: (TO BE OBTAINED)

EMPLOYMENT: (TO BE OBTAINED)

USPO: Eustaquio Babilonia
Chief United States Probation Officer
DISTRICT OF PUERTO RICO
150 Carlos Chardon Ave, Ofc 400 Fed Bldg
San Juan, Puerto Rico 00918
(787) 766-5597

J. RELEASE NOTIFICATIONS:


OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B)
DUE TO:
CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE
COMMUNITY WITH SUPERVISION

IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(C)
DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

( ) YES  (X) NO

18 USC 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE
COMMUNITY

DNA TEST STATUS: NEED

DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE


DICTATED BY: _____ CASE MANAGER (DATE) 09-15-2007
F UNT CASE MGR M. RAMOS X 6195


DATE TYPED: 09-15-2007


REVIEWED BY: _____ UNIT MANAGER (DATE) 09-15-2007
E/F UNT MGR F. SANTOS X 6191



# DIPLOMA

Estudios Bíblicos

Concedido a:

JUAN E. CINTRÓN CARABALLO

Por haber completado satisfactoriamente
el curso bíblico por correspondencia

"El Cristianismo en Marcha"

En este día 30 de Septiembre de 1999

Maestro: _____

# DIPLOMA

## Estudios Bíblicos

Concedido a:

## JUAN E. CINTRÓN CARABALLO

Por haber completado satisfactoriamente
el curso bíblico por correspondencia

## "Grandes Nuevas Que Cambiaran Su Vida"

En este día 7 de Abril del 2000

Maestro: _José J. Nueva Del Carmen_



# CERTIFICADO de RECONOCIMIENTO

Concedido a:

Ivan E. Cintrón Caraballo

Por haber terminado

## "CONOCIENDO A JESÚS"
ofrecido por la
### ESCUELA BIBLICA MUNDIAL

_Luis Alberto dos Santos_ 4/01
Maestro

_Jay Williams_
Director Internacional

_James Lovell_
Fundador

# CERTIFICADO
## de
# RECONOCIMIENTO

*Concedido a:*

**Ivan Antron Caraballo**

*Por haber terminado*

**NACIDOS DE AGUA Y DEL ESPÍRITU**

ofrecido por la

**ESCUELA BIBLICA MUNDIAL**



_____ 9/02
Maestro

Jay Williams
_____
Director Internacional

James Lorrel
_____
Fundador

---

# CERTIFICADO
## de
# RECONOCIMIENTO

*Concedido a:*

**Ivan Antron Caraballo**

*Por haber terminado*

**¡ESTAS SON BUENAS NUEVAS!**
ofrecido por la
**ESCUELA BIBLICA MUNDIAL**

_____ 4/02
Maestro

Jay Williams
_____
Director Internacional

James Lorrel
_____
Fundador




# Certificado De Reconocimiento

## Con Regocijo Le Otorgamos A:

### Juan Cintron

Este Certificado De Reconocimiento Por Su Interés Mostrado
En El Estudio De La Palabra De Dios, Por Su Asistencia Y Participación
Al Completar El Estudio:

# La Mente De Cristo

Otorgado Este Día **24** Del Mes De **Noviembre**, Del Año 2005.

En Coleman Florida.

**Firma Del Capellán**

*"Guardaos, no sea que arrastrados por el error de los inicuos, caigas de vuestra firmeza. Antes bien creced en la gracia y el conocimiento de nuestro Señor y Salvador Jesucristo" (2da Pedro 3:17-18)*




# Certificado De Reconocimiento

### Para Certificar Que:

**Juan Ciutron**

Ha Trabajado Satisfactoriamente Como Maestro En La Enseñanza De La Palabra De Dios, Habiendo Completado el estudio " SANIDAD INTERIOR Y LIBERACION"

## CERTIFICADO

Otorgado Este Dia __24__   Del Mes De __June__   , Del Año 2007

En Coleman, Florida

_____
**Firma Del Capellan**

"Que si tardo, sepas como debes conducirte en la casa de Dios, que es la IGLESIA DEL DIOS VIVIENTE
Columna y Baluarte de la Verdad" 1ra Timoteo 3:15

# Centro Biblico Internacional

## Hialeah, Florida

Presents to:

## JUAN CINTRON CARABALLO

this certificate in recognition for completing our
Bible Study Series ♆ Course No. _26_

Date _3 . 5 . 05_

Then the way you live will always honor and please the Lord, and you will continually do good, kind
things for others. All the while, you will learn to know God better and better.  Colossians 1:10

_Mireya Torna_, President
Prison Ministries

_Armando Torna_, Vice President
Prison Ministries

_Boris Acosta_, Pastor

# Centro Biblico Internacional
## Hialeah, Florida

Presents to:

# JUAN CINTRON CARABALLO

this certificate in recognition for completing our
Bible Study Series ♛ Course No. _27_

Date _5·19·05_

Then the way you live will always honor and please the Lord, and you will continually do good, kind things for others. All the while, you will learn to know God better and better. Colossians 1:10

_Mireya Torna, President_
Mireya Torna, President
Prison Ministries

_Armando Torna, Vice President_
Armando Torna, Vice President
Prison Ministries

_Boris Acosta, Pastor_
Boris Acosta, Pastor



CERTIFICADO

# Estudios Bíblicos del Caribe

**Certifica Que**

JUAN CINTRON

**ha completado satisfactoriamente el curso de estudio sobre**

LAS CARTAS PAULINAS

**por lo tanto se hace merecedor (a) de este certificado.**

Dado el **13** de **OCTUBRE** 199**9**

_____
Director

Estudios Bíblicos del Caribe
Misión Evangelística el Calvario, Inc.
1409 Ave. Ponce de Leon, 4° Piso
San Juan, Puerto Rico 00907

Salmo 1:3



# Certificado De Logro

El Departamento de Capellania Felicita a

*Juan Cintron Caraballo*

Para los Certificados que ha Recibido de
Cursos de Correspondencia

MDC Guaynabo, Puerto Rico

_____
Joyce Caulfield

_____
Loron VanGalder
Capellanes

_____
Ramon Lopez

30 de Noviembre de 2009

Case 3:07-cr-00076-DRD    Document 168-2    Filed 04/03/2008    Page 15 of 17



# Certificado De Logro

El Departamento de Capellanía Felicita a

## Juan Cintron Caraballo

Por los Certificados que ha Recibido de
Cursos de Correspondencia

MDC Guaynabo, Puerto Rico

Joyce Caulfield

Loren VanGalder
Capellanes

30 de mayo de 2000

# Certificate of Training

**This Certificate Is Awarded To**

Juan Cintron

On the 30th day of November 2005

**In Recognition of Successful Completion
of the following UNICOR Training Course
at the Federal Correctional Complex – Coleman, Florida:**

*Tasklight Assembly*

_Mary J. Donovan, Quality Assurance Manager_

_Michael Wright, Associate Warden, Industries_





# Certificate of Training

**This Certificate Is Awarded To**

## Juan Cintron

On the 30th day of November 2005

**In Recognition of Successful Completion
of the following UNICOR Training Course
at the Federal Correctional Complex – Coleman, Florida:**

## Hipot Testing

_Michael Wright_
Michael Wright, Associate Warden, Industries

_Mary J. Donovan_
Mary J. Donovan, Quality Assurance Manager



# UNICOR

## Task Light Factory

## Certificate of Training

*is hereby granted to:*

### Cintron – Caraballo

*Has demonstrated basic knowledge and skills of the task light production and assembly testing process. Testing skills have been followed from the UNICOR Task Light Training Manual.*

*Granted: October 17, 2005*

Jerry Swindell
Production Controller

# Certificado de Entrenamiento de la Fabrica de Luz, Tarea de UNICOR

se concede por este medio a:

## *Cintron-Caraballo*

Ha demostrado conocimiento y las habilidades básicos del proceso de prueba de HiPot. Las habilidades de prueba se han seguido del HiPotronics EN el manual del entrenamiento de la serie.

Proceso De prueba De HipoTronics

*Granted: October 17, 2005*



**Jerry Swindell**
**Production Controller**

# UNICOR Task Light Factory

## Certificate of Training

*is hereby granted to:*

### Cintron-Caraballo

*Has demonstrated basic knowledge and skills of the HiPot testing process . Testing skills have been followed from the HiPotronics AT series training manual.*

## HipoTronics Testing Process

*Granted: October 18, 2005*





Jerry Swindell    Production Controller

# Certificate of Completion

Let it be known that

## JUAN CINTRON

Register Number : 14955-069

has successfully completed and met all requirements of:

## ADVANCE STEP AEROBICS

through the Wellness Program sponsored
by the Recreation Department at U.S.P. 1 Coleman, Florida.

Dated: June 15, 2007





D. _____ Recreation Specialist

# Certificate of Completion

Let it be known that

## JUAN CINTRON

Register Number : 14955069

has successfully completed and met all requirements of

## Advance Step Aerobics

through the Wellness Program sponsored
by the Recreation Department at U.S.P. 1 Coleman, Coleman, Florida.

Dated: August 13, 2006

_____
D. Jones Recreation Specialist

# Certificate of Completion

Let it be known that

## JUAN CINTRON

Register Number :14955-069

has successfully completed and met all requirements of

## Advance Spinning

through the Wellness Program sponsored
by the Recreation Department at U.S.P. 1 Coleman, Florida.

Dated: August 13, 2006

D. Jones/Recreation Specialist

# JUAN CINTRON

Register Number : 14955-069

has successfully completed and met all requirements of

# ADVANCE STEP AEROBICS

through the Wellness Program sponsored

by the Recreation Department at U.S.P. 1 Coleman, Coleman, Florida.

Dated: February 4, 2007



D. Jones, Recreation Specialist

# Certificate of Completion

that

## Cintron, Juan

Register Number  14955-069
has  successfully  completed
Advanced  Spinning/ Wellness Program sponsored
by the Recreation Department at U.S.P. 1 Coleman, Florida.



Date: February  09, 2006

_D. Barton_

D. Barton  Recreation  Specialist

# Certificate of Completion

Let it be known that

## Cinton, Juan

Register Number 14955-069

has successfully completed
Advanced Aerobics/Wellness Program sponsored
by the Recreation Department at U.S.P. 1 Coleman, Florida.



Dated: December 2, 2005

D. Barton   Recreation Specialist

# Certificate of Completion



Let it be known that

## Cintron, Juan

Register Number 14955-069

has successfully completed
Advanced Spinning/ Wellness Program sponsored
by the Recreation Department at U.S.P. 1 Coleman, Florida.

Dated: December 2, 2005

D. Barton  Recreation Specialist







# Certificate of Completion



Let it be known that

## Juan Cintron

Register Number 14955-069

has successfully completed the

(Abdominal) Wellness Program sponsored

by the Recreation Department at U.S.P. Coleman, Coleman, Florida.

A. Clinton, Recreation Specialist

Dated: September 24, 2005