Juan Cintron Graulau
Num. 14755-069
FCI Coleman Low
PO Box 1033
Coleman FL 33521-1033

JUN 3 2008

Clerk's Office
United States District Court
Room 150 - Federal Bldg
San Juan, Puerto Rico 00

JUN 3 2008